IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00180-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TERRY L. MORRIS,

      Defendant.

---

## ORDER TO DISMISS

---

      Upon consideration of the Government's Motion to Dismiss, and for good cause shown,

it is hereby

      ORDERED that Count Two of the Indictment be dismissed as to the defendant.

      DATED this 6th day of October, 2008

                  BY THE COURT:


                  s/ Edward W. Nottingham
                  EDWARD W. NOTTINGHAM
                  CHIEF UNITED STATES DISTRICT JUDGE