**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00180-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY L. MORRIS,

    Defendant.

---

**ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

    Defendant has submitted a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24. The court has examined the file and has determined that the motion must be denied. Although the Defendant has demonstrated financial need, he has failed to respond to Question 10 regarding whether an attorney will be representing him on appeal, and he has failed to specifically state the issues he intends to challenge on appeal. As such, pursuant to 28 U.S.C. § 1915, the Court finds that this appeal is not taken in good faith. Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 is DENIED.

    DATED at Denver, Colorado this __13th__ day of November, 2008.

                                             BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge