IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 08-cr-00180-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TERRY L. MORRIS,

Defendant.

## ORDER TO UNSEAL DOCUMENTS

This matter comes before the Court *sua sponte.* On July 3, 2008, Defendant Terry L. Morris pled guilty to Count One of the Indictment and was sentenced on October 3, 2008. On October 16, 2008, Defendant filed a Notice of Appeal (Doc. # 28) through his counsel.

On October 16, 2008, Defendant filed a Motion to file under seal *Ex-Parte* Motion for Leave to Proceed on Appeal *in Forma Pauperis* (Doc. # 29). On October 17, 2008, by Memorandum (Doc. # 32), Chief Judge Nottingham directed that the attachment to Document # 29 be filed under seal.

On October 23, 2008, Defendant filed a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App.P 24 (Doc. # 36), accompanied by a financial affidavit, which documents were not filed under seal. On November 13, 2008, this Court denied defendant's Motion (Doc. # 42). Defendant

re-filed with the Tenth Circuit for Leave to Proceed on Appeal *in Forma Pauperis*, which was denied without prejudice on November 21, 2008 (Doc. # 43).

On November 24, 2008, pursuant to the suggestion of the Tenth Circuit, Defendant filed with this Court a Renewed Motion for Leave to Proceed on Appeal *in Forma Pauperis* (Doc. # 45). The motion was denied on its merits by this Court on December 2, 2008 (Doc. # 46). The Court notes that counsel for the Defendant has filed a number of pleadings either *ex parte* or under seal, without having sought permission from the Court to so file.

This Court finds no reason why Documents 41 and 45 should be sealed, and no reason why the Court's Order (Doc. # 46) should be sealed, under Electronic Case Filing Procedures (Criminal Cases) VI(2)(a) and (B). It is, therefore,

ORDERED that the Clerk of the Court is DIRECTED to unseal Document ## 41, 45 and 46. It is

FURTHER ORDERED that Defendant is DIRECTED not to file further *ex parte* documents without permission of the Court.

DATED: December  12 , 2008.

BY THE COURT:

*/s/ Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge